IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eleetra Sharah El,

    Plaintiff(s),

vs.

Hamilton County, et al.,

    Defendant(s).

Case Number: 1:15cv797

Judge Susan J. Dlott

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 31, 2015 a Report and Recommendation (Doc. 4).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 5).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, this action is DISMISSED with prejudice for failure to state a claim for relief.  It is further ORDERED that the Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith.  Therefore, plaintiff is DENIED leave to appeal *in forma pauperis.*

    IT IS SO ORDERED.

                        ___s/Susan J. Dlott_____
                         Judge Susan J. Dlott
                         United States District Court